IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**SANDRA DEXTER,**
**for RICHARD DEXTER**,


**Plaintiff,**

**v.**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF**
**SOCIAL SECURITY,**

**Defendant.**                                              **No. 10-CV-0969-DRH**


<u>**MEMORANDUM AND ORDER**</u>

**HERNDON, Chief Judge:**

On December 2, 2010, Sandra Dexter, for Richard B. Dexter, filed a complaint against the Commissioner of Social Security, for judicial review of an administrative agency's decision (Doc. 2). Specifically, Dexter seeks judicial review of the Commissioner's decision regarding a claim for a period of disability and disability insurance benefits which adversely affects her in whole or in part. Now before the Court is Dexter's motion to proceed *in forma pauperis* (Doc. 3). Because the Court finds that Dexter is indigent, the Court grants the motion.

By granting a motion for pauper status, a court authorizes a lawsuit to proceed without prepayment of fees. Under **28 U.S.C. § 1915(e)(2)**, the Court must screen any indigent's complaint (those filed by prisoners and non-prisoners alike) and dismiss the complaint if (a) the allegation of poverty is untrue, (b) the action is

frivolous or malicious, (c) the action fails to state a claim upon which can be granted, or (d) the action seeks monetary relief against a defendant who is immune from such relief.  **28 U.S.C. § 1915(e)(2)**.

Dexter's motion survives **§ 1915(e)(2)** review.  She signed a declaration contained in her motion to proceed *in forma pauperis* documenting her poverty.  The action appears to be neither frivolous nor malicious.  At this point, the Court cannot conclude that the complaint fails to state a claim or that the named defendant is immune from suit.

Accordingly, the Court **GRANTS** Dexter's application to proceed *in forma pauperis* (Doc. 3).  If a summons is to be issued, Dexter's attorney will prepare the summons and the USM-285 forms for Defendant, the United States Attorney and the Attorney General and forward these documents to the Clerk of the Court for issuance.  Once a summons, if any, is issued, the Court **DIRECTS** the United States Marshal to obtain service on same.  Costs of service shall be borne by the United States of America.

**IT IS SO ORDERED.**

Signed this 10th day of December, 2010.

David R. Herndon
2010.12.10 14:28:55 -06'00'

**Chief Judge**
**United States District Court**