IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SANDRA DEXTER,
for Richard B. Dexter, deceased,

Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

Defendant.                                         No. 10-CV-0969-DRH

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

On December 2, 2010, Sandra Dexter, for Richard B. Dexter, by and through her attorney, filed a complaint against the Commissioner of Social Security, for judicial review of an administrative agency's decision (Doc. 2). Specifically, Dexter seeks judicial review of the Commissioner's decision finding that Richard Dexter was not disabled and denying him supplemental security income.

On June 8, 2011, pursuant to 28 U.S.C. § 636(b)(1)(B), United States Magistrate Judge Clifford J. Proud submitted a Report and Recommendation ("the Report") recommending that the Court reverse the Commissioner's final decision and remand this case to the Commissioner for rehearing and reconsideration of the evidence pursuant to sentence four of 42 U.S.C. § 405(g) (Doc. 23).

The Report was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" by June 27, 2011. To date, none of the

parties have filed objections, and the period in which to file objections has expired. Therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct *de novo* review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985).

Thus, the Court **ADOPTS** the Report in its entirety (Doc. 23). The Court **REMANDS** this case to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 4-5(g).

**IT IS SO ORDERED.**

Signed this 28th day of June, 2011.

Digitally signed by David R. Herndon
Date: 2011.06.28 15:31:53 -05'00'

**Chief Judge**
**United States District Court**