IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SANDRA DEXTER,
for Richard B. Dexter, deceased,

       Plaintiff,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

       Defendant.                     No. 10-CV-0969-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court on report and recommendation of United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on June 28, 2011, the Court **REVERSES** the Commissioner's decision and **REMANDS** the case for further administrative proceedings.--------------

                      NANCY J. ROSENSTENGEL,
                      CLERK OF COURT


                      BY:      /s/*Sandy Pannier*
                                 Deputy Clerk

Dated: June 28, 2011

Digitally signed by David R. Herndon
Date: 2011.06.28 15:33:18 -05'00'

APPROVED:
       CHIEF JUDGE
       U. S. DISTRICT COURT