IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SANDRA DEXTER,
for RICHARD DEXTER,

**Plaintiff,**

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF
SOCIAL SECURITY,

**Defendant.**                                               No. 10-CV-0969-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is plaintiff's August 29, 2011 application for attorney fees under the Equal Access to Justice Act (Doc. 26). On September 19, 2011, the parties filed a stipulation to award EAJA fees (Doc. 29). The parties stipulate to award plaintiff attorney fees and expenses in the amount of $5,500.00 in full satisfaction and settlement of any and all claims plaintiff may have under the Equal Access to Justice Act in this case. Based on the parties' stipulation, the Court **GRANTS** the award of fees as agreed to by the parties in the stipulation. The Court **AWARDS** plaintiff Equal Access to Justice Act fees and expenses in the amount of $5,500.00.

**IT IS SO ORDERED.**

Signed this 19th day of September, 2011.

Digitally signed by David R. Herndon
Date: 2011.09.19 10:59:28 -05'00'

Chief Judge
United States District Court